# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155341 & (12)

PEOPLE OF THE STATE OF MICHIGAN,
              Plaintiff-Appellee,

v

                                         SC: 155341
                                         COA: 334465
                                         Allegan CC: 00-011735-FC

DAVID KEITH FARLEY,
              Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 28, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018



Clerk

d0209